IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-MJ-1111-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER ON PROBABLE CAUSE |
| ) | AND DETENTION |
| ) | |
| ANTHONY TRAVIS SLAUGHTER, ) | |
| ) | |
| Defendant. ) | |

This matter came before the court for a preliminary hearing on a charge contained in a criminal complaint against Defendant and for a hearing on the government's motion, pursuant to 18 U.S.C. § 3142, to detain Defendant pending further proceedings. On April 28, 2023, Defendant was charged in a criminal complaint for possession of a firearm by a felon in violation of 18 U.S.C. §§ 922(g)(1) and 924. [DE-1].

At the hearing the government presented the testimony of Detective Timothy Moon, of the Wilmington Police Department, who is also a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms & Explosives. Defendant presented the testimony of his mother, Felicia Slaughter, as a third-party custodian. The court has considered the hearing testimony, which the court finds corroborative of the affidavit in support of the complaint, as well as the pretrial services report, which was prepared by the Office of Pretrial Services and made available to the parties in advance of the hearing. The court finds Detective Moon's testimony credible and sufficient to establish probable cause to support the charge contained in the criminal complaint.

Having considered the record pursuant to 18 U.S.C. § 3142(g), the law requires that Defendant be detained pending further proceedings on the grounds that he represents a danger to the

community and a risk of nonappearance based on the following principal findings and reasons: (1) the nature and circumstances of the offense charged and (2) the strength of the government's case; (3) Defendant's criminal history (including felony convictions, committing offenses while on probation, probation revocations, the nature of which demonstrates a pattern similar to conduct alleged in this case); and (4) for reasons stated in open court. The court has considered Ms. Slaughter's testimony in support of release but finds the evidence outweighed by that in favor of detention.

Accordingly, Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the government, the person in charge of the corrections facility must deliver Defendant to the United States Marshals for a court appearance.

So ordered, the 18th day of May 2023.

Robert B. Jones, Jr.
United States Magistrate Judge